UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAEL CRUZ, on behalf of himself and all others similarly situated,<br><br>                Plaintiffs,<br><br>                    v.<br><br>LEAFLY HOLDINGS, INC.,<br><br>                Defendant. | ECF Case<br><br>1:20-cv-04423 (AT) (KNF)<br><br>**STIPULATION OF DISMISSAL**<br>**<u>WITH PREJUDICE</u>** |

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, plaintiff Shael Cruz and defendant Leafly Holdings, Inc. (collectively, the "Parties"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs to any Party as against the other.

      **IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the Parties have been authorized by their respective clients to execute this Stipulation.

      **IT IS HEREBY FURTHER STIPULATED AND AGREED** that no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

      **IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the Court.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may be filed, without further notice, with the Clerk of the Court by any Party herein.

Dated: New York, New York
       August 24, 2020

| COHEN & MIZRAHI LLP | FOX ROTHSCHILD LLP |
|---|---|
| By: _____ | By: _____ |
| Joseph H. Mizrahi, Esq. | Ernest Edward Badway, Esq. |
| 300 Cadman Plaza West, 12th Fl. | Jason B. Jendrewski, Esq. |
| Brooklyn, New York 11201 | 101 Park Avenue, Suite 1700 |
| Telephone: (929) 575-4175 | New York, New York 10178 |
| Email: joseph@cml.legal | Telephone: (212) 878-7900 |
| *Attorneys for Plaintiff* | Facsimile: (212) 692-0940 |
| | Email: ebadway@foxrothschild.com |
| | jjendrewski@foxrothschild.com |
| | *Attorneys for Defendant Leafly Holdings, Inc.* |