USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/31/2020__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SHAEL CRUZ, on behalf of himself and all others similarly situated,

      Plaintiffs,

     v.

LEAFLY HOLDINGS, INC.,

      Defendant.

**ECF Case**

**1:20-cv-04423 (AT) (KNF)**

**STIPULATION OF DISMISSAL**
**<u>WITH PREJUDICE</u>**

   **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, plaintiff Shael Cruz and defendant Leafly Holdings, Inc. (collectively, the "Parties"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs to any Party as against the other.

   **IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the Parties have been authorized by their respective clients to execute this Stipulation.

   **IT IS HEREBY FURTHER STIPULATED AND AGREED** that no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

   **IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the Court.

Active\113397023.v1

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may be filed, without further notice, with the Clerk of the Court by any Party herein.

Dated: New York, New York
August 24 2020

COHEN & MIZRAHI LLP

By: _____
Joseph H. Mizrahi, Esq.
300 Cadman Plaza West, 12th Fl.
Brooklyn, New York 11201
Telephone: (929) 575-4175
Email: joseph@cml.legal
*Attorneys for Plaintiff*

FOX ROTHSCHILD LLP

By: _____
Ernest Edward Badway, Esq.
Jason B. Jendrewski, Esq.
101 Park Avenue, Suite 1700
New York, New York 10178
Telephone: (212) 878-7900
Facsimile: (212) 692-0940
Email: ebadway@foxrothschild.com
jjendrewski@foxrothschild.com
*Attorneys for Defendant Leafly
Holdings, Inc.*

SO ORDERED.

Dated: August 31, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge